No. 573. KIRK, GOVERNOR OF FLORIDA, ET AL. *v.* HARGRAVE ET AL. Appeal from D. C. M. D. Fla. Probable jurisdiction noted.

No. 5161. JOHNSON *v.* LOUISIANA. Appeal from Sup. Ct. La. Motion of appellant for leave to proceed *in forma pauperis* granted. Probable jurisdiction noted.